**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6744**

EDWARD E. POOLE,

Plaintiff - Appellant,

v.

CARTERET COUNTY SHERIFF'S DEPARTMENT; ACEA BUCK, Sheriff;
DETECTIVE COOPER; J. JOHNSON, Deputy; DETECTIVE PHIFER; J.
PITTMAN, Detective; J. WILLIS, Detective; TRAVIS SANDERSON,

Defendants - Appellees.

**No. 11-7314**

EDWARD E. POOLE,

Plaintiff - Appellant,

v.

CARTERET COUNTY SHERIFF'S DEPARTMENT; ACEA BUCK, Sheriff;
DETECTIVE COOPER; J. JOHNSON, Deputy; DETECTIVE PHIFER; J.
PITTMAN, Detective; J. WILLIS, Detective; TRAVIS SANDERSON,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (5:10-ct-03215-BO)

Submitted:  November 28, 2011        Decided:  December 15, 2011

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward E. Poole, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Edward E. Poole appeals the district court's orders dismissing his civil rights complaint as frivolous and denying his motion filed under Fed. R. Civ. P. 59. We have reviewed the record and find no reversible error. Poole failed to state a claim that the Defendants violated his constitutional rights. Accordingly, we affirm for the reasons stated by the district court. Poole v. Carteret Cnty. Sheriff's Dep't, No. 5:10-ct-03215-BO (E.D.N.C. May 10, 2011; July 15, 2011). We also deny Poole's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED